1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
   Post Office Box 5025
4  San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8  /jgl

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION
13

14

15 | MARITZA RIZO,                          ) Case No:  3:12-cv-04520-RS
   |                                        )
16 |            Plaintiff,                  )
   |                                        )
17 | v.                                     ) STIPULATION AND ORDER
   |                                        )
18 | MICHAEL J. ASTRUE,                     )
19 | Commissioner,                          )
   | Social Security Administration,        )
20 |                                        )
   |            Defendant.                  )
21 |                                        )

22

23     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff

24 shall have a first extension of time of (45) days up through and including Monday, March 25,

25 2013 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the

26 number of cases (5) the firm presently has pending before this and other district courts that

27 require briefing.

28

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: February 5, 2013 | /s/<br>DANIEL B. TALBERT<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: February 5, 2013 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MARITZA RIZO |

IT IS SO ORDERED.

Dated: 2/6/13

RICHARD SEEBORG
United States District Judge