HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARITZA RIZO, | Case No: 3:12-cv-04520-RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, March 25, 2013 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

MELINDA L. HAAG  
United States Attorney

Dated: February 5, 2013 /s/  
DANIEL B. TALBERT  
Special Assistant U.S. Attorney  
Social Security Administration

Dated: February 5, 2013 /s/  
HARVEY P. SACKETT  
Attorney for Plaintiff  
MARITZA RIZO

IT IS SO ORDERED.

Dated: 2/6/13

RICHARD SEEBORG  
United States District Judge

2